UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIM DAVID | CIVIL ACTION |
| VERSUS | NO: 09-2273-MLCF-SS |
| AMERICAN NATIONAL GENERAL INSURANCE, et al | |

## REPORT AND RECOMMENDATION

The plaintiff, Kim David ("David"), filed an amended complaint to recover damages from defendants for losses from Hurricane Katrina. Rec. doc. 1. On September 21, 2009, the parties reported that the case was settled. Rec. doc. 15. An order of dismissal was signed. Rec. doc. 16. On October 2, 2009, David filed a motion to reopen the case to resolve issues concerning the ownership of the net settlement proceeds. Rec. doc. 17. The case was reopened. Although David was authorized to deposit funds into the registry of the Court, none were deposited. The motion to resolve the ownership of the funds was referred to the undersigned. Rec. doc. 19. On October 26, 2009, a telephone status conference was scheduled with Joe Bruno, counsel for David, and Dan Rees, counsel for the Louisiana Road Home Program. Since that conference, counsel reported that the issue was resolved and the motion is moot.

## RECOMMENDATION

IT IS RECOMMENDED that the motion for a limited reopening of case for the purpose of depositing the net settlement proceeds into the registry of the Court to resolve issues surrounding the settlement between David and Louisiana Road Home (Rec. docs. 17 and 19) be DISMISSED as MOOT.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 5th day of February, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**