UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIM DAVID** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-2273-MLCF-SS** |
| **AMERICAN NATIONAL GENERAL INSURANCE, et al** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the plaintiff, Kim David, for a limited reopening of case for the purpose of depositing the net settlement proceeds into the registry of the Court to resolve issues surrounding the settlement between David and Louisiana Road Home (Rec. docs. 17 and 19) is DISMISSED as MOOT.

New Orleans, Louisiana, this 23rd day of March, 2010.

UNITED STATES DISTRICT JUDGE